Lucas Buckley, Wyo. Bar #6-3997
Connor J. Cassidy, Wyo. Bar #8-7270
HATHAWAY & KUNZ, LLP
P.O. Box 1208
Cheyenne, WY  82003-1208
(307) 634-7723
(307) 634-0985 (fax)
lbuckley@hkwyolaw.com
ccassidy@hkwyolaw.com

**FILED**

**3:21 pm, 5/11/26**

**Margaret Botkins
Clerk of Court**

ATTORNEYS FOR PLAINTIFF/JUDGMENT CREDITOR

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| UNISYS CORPORATION, | ) | |
| | ) | |
| Plaintiff/Judgment Creditor, | ) | Case No. _26-MC-135-KHR_____ |
| | ) | |
| v. | ) | |
| | ) | |
| FUTURIS COMPANY | ) | |
| | ) | |
| Defendants/Judgment Debtor. | ) | |

## REQUEST TO REGISTER FOREIGN JUDGMENT
## PURSUANT TO 28 U.S.C. § 1963

COMES NOW Plaintiff Unisys Corporation, by and through its attorneys, Hathaway & Kunz, LLP, and hereby requests that a Judgment registered in the United States District Court for the Eastern District of Pennsylvania on August 27, 2025, captioned *Unisys Corp., Petitioner, v. Computer Deductions, Inc. et al., Respondents,* Civil Action No. 2:25-cv-3671, a certified copy of the judgment and the Clerk's Certification of a Judgment to be Registered in Another District is attached hereto, be filed with the Clerk of the District Court for the United States District Court for the District of Wyoming.

DATED this 11th day of May, 2026.

UNISYS CORPORATION

By:    _Lucas Buckley_

Lucas Buckley, Wyo. Bar #6-3997
Connor J. Cassidy, Wyo. Bar #8-7270
HATHAWAY & KUNZ, LLP
P. O. Box 1208
Cheyenne, WY  82003-1208
(307) 634-7723
(307) 634-0985 (fax)
lbuckley@hkwyolaw.com
ccassidy@hkwyolaw.com

ATTORNEYS FOR PLAINTIFF/JUDGMENT
CREDITOR UNISYS CORPORATION