**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNISYS CORP.,**<br><br>*Petitioner,*<br><br>**v.**<br><br>**COMPUTER DEDUCTIONS, INC. ET AL.,**<br><br>*Respondents.* | **CIVIL ACTION**<br><br>**NO. 25-3671** |

### ORDER GRANTING MOTION TO CONFIRM ARBITRATION AWARD

AND NOW on this 27th day of August 2025, for the reasons stated in the foregoing Memorandum, Petitioner's Motion to Confirm Arbitration Award, ECF 1, is **GRANTED**. The Court further **ORDERS** as follows:

1. The Court **CONFIRMS** the Final Arbitration Award of $957,979.79. Respondents shall **MAKE PAYMENT** of $957,979.79, plus interest accrued between June 25, 2025, and payment in full at a rate of 6%.

2. The Court **CONFIRMS** the Arbitrator's Order voiding transfers between Respondents CDI and Futuris since March 20, 2021, and prohibiting future monetary transfers until such time that the damages owed to Petitioner are paid in full. The Court HEREBY **ORDERS** all payments between Respondents CDI and Futuris since March 20, 2021, **VOID** and **PROHIBITS** future monetary transfers between Respondents until such time that the Court's Orders are fully satisfied.

3. Petitioner's may supplement their Motion to include a detailed breakdown of the total costs and fees incurred to confirm and enforce the Final Award, within fourteen (14) days. Respondents may file a Response within fourteen (14) days of the filing of any supplemental Motion. Petitioners may then file a Reply within seven (7) days of the

1

filing of any Response.  Thereafter, the Court may issue an Order requiring

Respondents to pay such costs and fees.

**BY THE COURT:**

**/s/ Michael M. Baylson**

_____

**MICHAEL M. BAYLSON, U.S.D.J.**



CLERK'S OFFICE
TRUE COPY CERTIFIED FROM THE RECORD

Apr/21/2026

By: s/ *Steve Tomas*

**Deputy Clerk, U.S. District Court
Eastern District of Pennsylvania**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 25\25-3671 Unisys v Computer Deductions\25-3671 order confirming arb award.docx